Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

Western District New York

▾

_____ Division

| | |
|---|---|
| Marcel Gates | ) Case No. **26 CV 268** |
| | ) |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ✔ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| Deborah A.Haendiges,Erie county court/New York | ) |
| State courts,Erie county correctional facility,Michael | ) |
| C.Cumasi | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

*(Stamp: UNITED STATES DISTRICT COURT FILED FEB 1 2 2026 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY)*

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | |
|---|---|---|
| Name | Marcel Gates | ICN:157403 |
| Street Address | 99 Leonore Rd | |
| City and County | Amherst | Erie |
| State and Zip Code | New York | 14226 |
| Telephone Number | 716-617-0019 | |
| E-mail Address | ~~selenity87gatesicloud.com~~ | |
| | *Serenity87gates@;cloud.com* | |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Deborah A. Haendiges        Individual |
| Job or Title (if known) | Erie county judge |
| Street Address | 25 Delaware   Ave |
| City and County | Buffalo                    Erie |
| State and Zip Code | New York                    14202 |
| Telephone Number | unkown at this time |
| E-mail Address (if known) | unknown at this time |

Defendant No. 2

| | |
|---|---|
| Name | Erie county courts/New York state courts        government agency |
| Job or Title (if known) | courts |
| Street Address | 25 Delawer Ave |
| City and County | Buffalo                    Erie |
| State and Zip Code | New York                    14202 |
| Telephone Number | unkown at this time |
| E-mail Address (if known) | uknown at this time |

Defendant No. 3

| | |
|---|---|
| Name | Erie county correctional facility        Government agency |
| Job or Title (if known) | jail management |
| Street Address | 11581 Walden Ave |
| City and County | Alden                    Erie |
| State and Zip Code | New York                    14004 |
| Telephone Number | unknown at this time |
| E-mail Address (if known) | unknown at this time |

Defendant No. 4

| | |
|---|---|
| Name | Michael C. Cumasi        individual |
| Job or Title (if known) | Assigned counsal Attorney |
| Street Address | |
| City and County | |
| State and Zip Code | New York |
| Telephone Number | unkown at this time |
| E-mail Address (if known) | unknown at this time |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

My following amendments have be violated,along with the following federal statutes,provisions,treaties,and federal laws. 1st,4th,5th,6th,8th,13,14th, United States-n-United Nations world wide treaties of injailed peoples treatment,human rights,medical treatment and living safty,statutes of civil rights,human rights,federal laws of due process and more.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* N/A _____, is a citizen of the State of *(name)* N/A _____ .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* N/A _____, is incorporated under the laws of the State of *(name)* N/A _____ , and has its principal place of business in the State of *(name)* N/A _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* N/A _____, is a citizen of the State of *(name)* N/A _____ . Or is a citizen of *(foreign nation)* N/A _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* N/A _____ , is incorporated under

the laws of the State of *(name)* N/A _____ , and has its

principal place of business in the State of *(name)* N/A _____ .

Or is incorporated under the laws of *(foreign nation)* N/A _____ ,

and has its principal place of business in *(name)* N/A _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The amount at stake is 50 million dollars for the violations of my rights and other damages.

---

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

#1. Deborh A.Haendiges, Has laughed at me in Court Said and acted in racist and Sexist ways.She forced a lawyer upon me who did not rep. me I can afford my own attorney he helped the Court to place me in jail as She laughed out loud in Court, She has Said out Side of Court She will give men 1 million year of time in jail no matter what. She personal has Done and Said racist and Sexist things to me as a black man I will not repeat them.        : PLEASE SEE ADDITIONAL PAGES MARKED 1 FOR MORE INFO:

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking 50 million dollars for injurys and damages,and any further relief the court deems fair and just with its wisdom for the following: mental stress, mental pain, mental injury. P.T.S.D. lose of family, work, money, lose of Peace, lose of well being, lose of health, physical stress physical pain, lose of Sleep, No treatment for health issues. No meds given for health issues. Treated as if I am        : PLEASE SEE ADDITIONAL PAGES FOR MORE INFO :
Less than human. and more.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _____/. 22. 26_____/. 22. 26_____

Signature of Plaintiff

Printed Name of Plaintiff    Marcel Gates            ICN:157403

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    N/A

Printed Name of Attorney    N/A

Bar Number    N/A

Name of Law Firm    N/A

Street Address    N/A

State and Zip Code    N/A

Telephone Number    N/A

E-mail Address    N/A

# ERIE COUNTY CORRECTIONAL FACILITY
## 11581 Walden Avenue    Alden, NY 14004

Marcel Gates: Statement of Claim page #1.

#2. Erie County courts/New york state courts. They allow Deborah Haendiges to break peoples rights the know all the bad things she done to people with in her court and out of court. They allow her to still sit on the bench almost all her cases are over turned she has done so much bad against me I'm not sure where to start or stop.

#3. Erie County Correctional Facility has done the following to me, I am forced to use a shower with no doors or walls with any one being able to look at my naked body. Both male and female works and inmates, with unhealth black mold on the walls and floors. I am forced to use a bath room with no walls or doors again to allow people to see my uncleaness. I am forced to drink water that is unclean from unclean sinks, I am fored to live with murders and killers, and sex ofenders, I am fored to sleep on unsafe bunk beds and fall. I am not getting medical treatment for my health issuses. I woken up at all hours of the night by medical to be told the will not do anything to help me, I am fored to be made naked in a public place and stripped searched in front of women and men works on video, I do not do as I am told I am forced into a Box with no outside light or movement, I am forced to eat substandard food on unclean trays, I am called racist names by Jail works If I say some thing back I am placed in the Box again, and much more goes on and that I am forced to do.

#4. Michael C. Cumosi, was not my lawyer but acted as if he was he had no knowlage of me or my case, and helped to ensure the Judge was able to place me in jail, He did not even talk to me before or after court. He said and acted racist and should have never

on Back →

acted as my attorney when he was not I can afford and
have payed for my attorney. he also witheld my evidence in
court; still haven't returned.

To the Clerk of the Court.

Will you please send me any other paperwork
that I may need to keep my case going, if my case
is aproved to move forward. Thank you and hope you have
a good day.

Marcel Coates.